

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of R.K.F. and D.J.F., Children

No. 06-23-00072-CV

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2019-033). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the clarification order of the court below. We affirm the clarification order of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED MAY 20, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk